UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE NORTHERN TRUST COMPANY,
an Illinois state chartered banking
corporation, successor by merger to,
Northern Trust, N.A., a national banking
association

        Plaintiff,

v.          Case No:   2:13-cv-549-FtM-38DNF

DEBRA ANTARAMIAN and
YASMEEN WILSON,

        Defendants.
_____/

## ORDER[1]

This matter is before the Court on review of the file. On November 22, 2013, this Court entered a Case Management and Scheduling Order (Doc. #35) directing the parties to complete mediation on or before May 23, 2014. The Parties thereafter filed a Notice of Mediation (Doc. #40), informing the Court that they had agreed to mediate this matter on February 25, 2014. Since that time, the Parties have failed to advise the Court as to the status of mediation. Also, under Middle District of Florida Local Rule 9.06(a), the mediator must file a written report with the Court indicating, among other things, whether the case was settled within five (5) days following the conclusion of the mediation conference. To date, the Court has not received any such report. The Parties, therefore, are directed to comply with Local Rule 9.06.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is

**ORDERED:**

The Parties shall advise the Court on or before **March 18, 2014**, as to the status mediation in this case in accordance with this Court's Local Rules.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record